UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M<small>ISTY</small> J M<small>ETZGER</small> ,

      Plaintiff,

v.

C<small>OMMISSIONER OF</small> S<small>OCIAL</small> S<small>ECURITY</small>,

      Defendant.

_____/

Case No.  13-13842

S<small>ENIOR</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

M<small>AGISTRATE</small> J<small>UDGE</small> M<small>ICHAEL</small> J. H<small>LUCHANIUK</small>

## ORDER ADOPTING REPORT AND RECOMMENDATION [18] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [17]

On June 16, 2014, Magistrate Judge Hluchaniuk issued a Report and Recommendation ("R&R") [18] that the Court should *sua sponte* dismiss the case for failure to prosecute or, in the alternative, grant Defendant Commissioner of Social Security's Motion for Summary Judgment [17].  Plaintiff failed to file a Motion for Summary Judgment and an Objection to the R&R [18].

The Court having reviewed the record,  the Report and Recommendation [18] of the Magistrate Judge is hereby **ADOPTED** as to the Defendant's Motion for Summary Judgment [17] and is entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Defendant Commissioner of Social Security's Motion for Summary Judgment [17] is **GRANTED**.

      **SO ORDERED**.

                                      s/Arthur J. Tarnow
                                      ARTHUR J. TARNOW
Dated: November 6, 2014       SENIOR U.S. DISTRICT JUDGE